UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUTH JONES,<br><br>            Plaintiff,<br><br>vs.<br><br>C.R. BARD INCORPORATED AND BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>            Defendants. | NO. 2:20-CV-00513-RSM<br><br>ORDER GRANTING SECOND JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES |

The Court has considered the parties' Second Joint Motion to Stay Discovery and All Pretrial Deadlines for the above referenced case and, upon good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED, and that this matter is STAYED for ninety (90) days.

DATED THIS 3rd day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES
NO. 2:20-CV-00513-RSM

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1764880/050321 0932/8284-0027