The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUTH JONES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>C.R. BARD INCORPORATED AND BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>　　　　　　Defendants. | NO. 2:20-CV-00513-RSM<br><br>ORDER GRANTING THIRD JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES |

The Court has considered the Third Joint Motion to Stay all Pretrial Deadlines for the above referenced case.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Stay Discovery and All Pretrial Deadlines for purposes of finalizing settlement between parties be granted.

DATED this 4th day of August, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING THIRD JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES
NO. 2:20-CV-00513-RSM

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1800476/080421 1633/8284-0027