**The Honorable Ricardo S. Martinez**

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| RUTH JONES,<br><br>Plaintiff,<br><br>vs.<br><br>C.R. BARD INCORPORATED AND BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>Defendants. | NO. 2:20-CV-00513-RSM<br><br>ORDER GRANTING FOURTH JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES |

The Court has considered the Fourth Joint Motion to Stay all Pretrial Deadlines for the above referenced case.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Stay Discovery and All Pretrial Deadlines for purposes of finalizing settlement between parties be granted.

DATED THIS 7th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING FOURTH JOINT
MOTION TO STAY DISCOVERY AND
ALL PRETRIAL DEADLINES
NO. 2:20-CV-00513-RSM

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1811918/090721 0857/8284-0027