The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUTH JONES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>C.R. BARD INCORPORATED AND BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>　　　　　Defendants. | NO. 2:20-CV-00513-RSM<br><br>ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE<br><br>*Clerk's Action Required*<br><br>**Note on Motion Calendar:**<br>**November 22, 2021** |

　　　The Court has considered the Joint Stipulated Motion to Dismiss Without Prejudice for the above-referenced case.

　　　**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Stipulated Motion to Dismiss Without Prejudice be GRANTED.

　　　DATED this 29th day of November, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO
DISMISS WITHOUT PREJUDICE -            - 1 -
NO. 2:20-CV-00513-RSM

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Jones C20-513 dismissal order/112921 0947/8284-0027